# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-2148
_____

United States of America

*Plaintiff - Appellee*

v.

Jesse E. Morgan

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: January 11, 2016
Filed: January 14, 2016
[Unpublished]
_____

Before BENTON, BOWMAN, and KELLY, Circuit Judges.
_____

PER CURIAM.

Jesse Morgan appeals from the sentence the District Court[1] imposed after he pleaded guilty to wire fraud. His counsel has filed a brief under Anders v. California,

_____

[1]The Honorable Greg Kays, Chief Judge, United States District Court for the Western District of Missouri.

386 U.S. 738 (1967), requesting leave to withdraw and arguing that the District Court inadequately considered a relevant factor at sentencing.

Morgan's written plea agreement contained an appeal waiver.  Upon careful review, we enforce the waiver.  See United States v. Andis, 333 F.3d 886, 889–92 (8th Cir.) (en banc) (discussing enforcement of appeal waivers), cert. denied, 540 U.S. 997 (2003).  We have independently reviewed the record, see Penson v. Ohio, 488 U.S. 75, 80 (1988), and have found no non-frivolous issue for appeal outside the scope of the appeal waiver.  Accordingly, we dismiss this appeal and grant counsel leave to withdraw.

_____